IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr647-MHT |
| | ) | (WO) |
| CRISTIAN ESPINOZA, JOSE | ) | |
| HERNANDEZ, and DOUGLAS | ) | |
| MATTHEW BERRY | ) | |

ORDER

Before the court is defendant Jose Hernandez's motion to specially set trial in this case, which involves Hernandez as well as defendants Cristian Espinoza and Douglas Matthew Berry.  Based upon the representations made on the record on March 19, 2015, the court concludes that the motion should be granted and that the trial for all three defendants should be the first up among the cases set for trial the week of April 6, 2015.

* * *

Accordingly, it is ORDERED that:

    (1) Defendant Jose Hernandez's motion to specially set trial (doc. no. 71) is granted.

    (2) The trial for all three defendants, Cristian Espinoza, Jose Hernandez, and Matthew Douglas Berry, will be first up for trial during the term beginning April 6, 2015.

    DONE, this the 19th day of March, 2015.

                                    ___/s/ Myron H. Thompson____
                                      UNITED STATES DISTRICT JUDGE